JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 566 -- In re Litigation Involving Gentamicin Sulfate for Therapeutic Use in Animals

| Date | No. | Pleading Description |
|---|---|---|
| 83/09/26 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS 1-8, CERT. OF SERVICE -- Schering Corporation -- SUGGESTED TRANSFEREE DISTRICT: N.D. ILLINOIS; SUGGESTED TRANSFEREE JUDGE: HON. FRANK J. MCGARR (cds) |
| 83/09/30 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON SEPTEMBER 28, 1983 -- Setting Motion of Plaintiff Schering Corporation for Panel hearing in Savannah, Georgia on November 1, 1983 (cds) |
| 83/10/05 | 2 | LETTER -- re: defts Edgewater and Connrex/Mosher dismissal -- filed by defts. Edgewater and Connrex/Mosher w/copy of dismissal. (ds) |
| ~~83/10/07~~ | | ~~APPEARANCE: Larry R. Eaton for Irving S. Rossoff, D.V.M. and Illinois Antibiotics Company~~ listed below |
| 83/10/06 | | APPEARANCES -- ROBERT G. EPSTEEN, ESQ. for Scherring Corp.; BRUCE H. DEBOSKEY, ESQ. for Intermountain Veterinary Supply, Inc. and Q. Mack Smith; ANDREW BUTZ, ESQ. for Vescor, Inc.; ROBERT M. HELLER, ESQ. for Taylor Pharmacal Co., F. Stanley Taylor, Agnes Varris, Bonnie Davis and Kalapharm, Inc.; FRANK A. KARABA, ESQ. for MPL, Inc.; Neil H. Adelman, Esq. For Techamerica Group, Inc. and C. Wesley Remington; LARRY R. EATON, ESQ. for Irving S. Rossoff and Illinois Antibiotics Co.; ANDRE L. DENNIS, ESQ. for W.A. Butler Co.; [illegible struck-through text] (ds) |
| 83/10/07 | | APPEARANCE -- Larry R. Eaton for Irving S. Rossoff, D.V.M. and Illinois Antibiotics Co. |
| 83/10/11 | 3 | RESPONSE/MEMORANDUM -- Intermountain Veterinary Supply Inc. and O. Mack Smith -- w/cert. of svc. (emh) |
| 83/10/11 | 4 | RESPONSE/MEMORANDUM -- TechAmerica Group, Inc. and C. Wesley Remington -- w/Exhibits and cert. of svc. (emh) |
| 83/10/11 | 5 | RESPONSE -- Illinois Antibiotics Co. and Irving S. Rossoff -- w/cert. of svc. (emh) |
| 83/10/12 | 6 | RESPONSE -- Intermountain Veterinary Supply Inc. and Q. Mack Smith w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/10/14 | | APPEARANCE ---- ANDREW BUTZ, ESQ. for Robert E. |
| 83/10/14 | 7 | RESPONSE - Vescor, Inc. and Robert E. Shaw, Jr. -- w/cert. of service  (cds) |
| 83/10/17 | 8 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Schering Corporation -- granted to and including October 20, 1983. (jsj) |
| 83/10/20 | 9 | REPLY MEMORANDUM -- Schering Corp. w/cert. of svc. (ds) |
| 83/10/27 | | HEARING APPEARANCES:  Robert G. Epsteen for Schering Corp.; David J. Richman for TechAmerica Group, Inc., C. Wesley Remington, Intermountain Veterinary Supply Inc. and Q. Mack Smith xxxAndxxxxExxDennisxfoxxWxAxxButlerxxCoxxx emh |
| | | WAIVERS OF ORAL ARGUMENT -- W.A. Butler Co.;  Taylor Pharmacal Co.;  F. Stanley Taylor; Agnes Varis; Bonnie Davis; Kalapharm, Inc.;  Vescor, Inc.;  Irving Rossoff, D.V.M.; Illinois Antibiotics Co.    (emh) |
| 83/11/14 | | ORDER DENYING TRANSFER of litigation (A-1 thru A-4) pursuant to 28 U.S.C. §1407.  Notified involved clerks, judges, counsel and misc. recipients.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 566 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LITIGATION INVOLVING GENTAMICIN SULFATE FOR THERAPEUTIC USE IN ANIMALS

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 1, 1983 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 14, 1983 | MO DENIED | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: Nov. 14, 1983

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 566 -- In re Litigation Involving Gentamicin Sulfate for Therapeutic Use in Animals

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Schering Corporation v. Intermountain Veterinary Supply, Inc., et al. | D.Colo. Carrigan | 83-C-388 | | | | |
| A-2 | Schering Corporation v. Illinois Antibiotics Company, et al. | N.D.Ill. McGarr | 83-C-1340 | | | | |
| A-3 | Schering Corporation v. Kalapharm, Inc., et al. | N.D.Ill. Will | 83-C-1341 | | | | |
| A-4 | Schering Corporation v. W.A. Butler Company, et al. | N.D.Ill. Getzendanner | 83-C-1820 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 566 -- In re Litigation Involving Gentamicin Sulfate for Therapeutic Use in Animals

| | |
|---|---|
| SCHERING CORPORATION (A-1 thru A-4)<br>Robert G. Epsteen, Esquire<br>Burditt & Calkins<br>135 South LaSalle Street<br>Suite 830<br>Chicago, Illinois 60603 | TECHAMERICA GROUP, INC.<br>C. WESLEY REMINGTON<br>Neil H. Adelman, Esquire<br>Miller, Shakman, Nathan & Hamilton<br>208 South LaSalle Street<br>Chicago, Illinois 60604 |
| INTERMOUNTAIN VETERINARY SUPPLY, INC.<br>Q. MACK SMITH<br>Bruce H. DeBoskey, Esquire<br>DeBoskey & Hiller, P.C.<br>1737 Gaylord Street<br>Denver, Colorato 80206 | IRVING S. ROSSOFF<br>ILLINOIS ANTIBIOTICS COMPANY<br>Larry R. Eaton, Esquire<br>Peterson, Ross, Schloerb & Seidel<br>200 E. Randolph Dr., Suite 7300<br>Chicago, Illinois 60601 |
| VESCOR, INC.<br>Andrew Butz, Esquire<br>Reuben & Proctor<br>19 South LaSalle Street<br>Chicago, Illinois 60603 | W.A. BUTLER COMPANY<br>Andre' L. Dennis, Esquire<br>Stradley, Ronon, Stevens & Young<br>1100 One Franklin Plaza<br>Philadelphia, Pennsylvania 19102 |
| TAYLOR PHARMACAL CO.<br>F. STANLEY TAYLOR<br>AGNES VARRIS<br>BONNIE DAVIS<br>KALAPHARM, INC.<br>Robert M. Heller, Esquire<br>Kramer, Levin, Nessen, Kamin & Frankel<br>919 Third Avenue<br>New York, New York 10022 | HOPKINS AGRICULTURAL CHEMICAL CO.<br>JAMES E. HOPKINSS<br>WHOLESALE VETERINARY SUPPLY, INC.<br>HERMAN HAENERT<br>JAMES W. SHELDON    (No app. rec'd)<br>Stanley A. Walton, III, Esquire<br>Winston & Strawn<br>50th Floor, One First Nat'l Plaza<br>Chicago, Illinois 60603 |
| MPL, INC.<br>Frank A. Karaba, Esquire<br>Crowley, Barrett & Karaba<br>111 West Monroe Street<br>Suite 2200E<br>Chicago, Illinois 60603 | ROBERT E. SHAW, JR.<br>Andrew Butz, Esquire<br>Karen B. Ksander      (No app. rec')<br>Reuben & Proctor<br>19 South LaSalle Street<br>Chicago, Illinois 60603 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 566 -- In re Litigation Involving Gentamicin Sulfate for Therapeutic Use in Animals

| Name of Party | Named as Party in Following Actions |
|---|---|
| Intermountain Veterinary Supply, Inc. | A-1 |
| Q. Mack Smith | A-1 |
| TechAmerica Group, Inc. | A-1,4 |
| C. Wesley Remington | A-1,4 |
| Illinois Antibiotics Co. | A-2 |
| Irving S. Rossoff | A-2 |
| MPL, Inc. | A-2 |
| Vescor, Inc. | A-2,4 |
| Edgewater Corporation | A-2, Dismissed |
| Connrex/Mosher Veterinary Service Company | A-2 Dismissed |
| Kalapharm, Inc. | A-3 |

p. 2

| | |
|---|---|
| Taylor Pharmacal Company | A-3 |
| Agnes Varis | A-3 |
| Bonnie Davis | A-3 |
| F. Stanley Taylor | A-3 |
| Hopkins Agricultural Chemical Company | A-3 |
| James E. Hopkins | A-3 |
| Wholesale Veterinary Supply, Inc. | A-3 |
| Herman Haenert | A-3 |
| James W. Sheldon | A-3 |
| W.A. Butler Company | A-4 |
| Robert E. Shaw, Jr. | A-4 |