DOCKET NO. 566

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING GENTAMICIN SULFATE FOR THERAPEUTIC USE IN ANIMALS

ORDER DENYING TRANSFER*

This litigation consists of four actions pending in two federal districts: three actions in the Northern District of Illinois and one action in the District of Colorado. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the Colorado action to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the actions pending there. The motion for transfer is submitted by Schering Corporation, the sole plaintiff in each action.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We recognize that these actions share some questions of fact, but we are persuaded that this factor is outweighed in this instance by the following factors: 1) only four actions are pending before us; 2) the three Illinois actions have already been consolidated for discovery; and 3) suitable alternatives to transfer are available to the parties in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

* Judge Milton Pollack took no part in the decision of this matter.

SCHEDULE A

MDL-566 -- In Re Litigation Involving Gentamicin Sulfate for Therapeutic Use in Animals

District of Colorado

Schering Corp. v. Intermountain Veterinary Supply, Inc., et al., C.A. No. 83-C-388

Northern District of Illinois

Schering Corp. v. Illinois Antibiotics Co., et al., C.A. No. 83-C-1340

Schering Corp. v. Kalapharm, Inc., et al., C.A. No. 83-C-1341

Schering Corp. v. W.A. Butler Co., et al., C.A. No. 83-C-1820